443 A.2d 380

Commonwealth v. Godfrey, Appellant.

Petition for Allowance of Appeal Denied June 11, 1982.

Argued September 1, 1981. Raymond Bogarty, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and BECK, JJ.

Appeal quashed.